# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Meineke Car Care Centers, Inc. ,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-363

Thandappan Nair and
Sheela T. Nair ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                              Signed: October 24, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court